**Order entered July 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00158-CV

### KELLY M. LIEBBE AND JONATHAN RUTE, Appellants

### V.

### STEPHEN COURTNEY, M.D. AND STEPHEN COURTNEY, M.D., P.A., Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03470-2016**

### ORDER

A sealed supplemental clerk's record containing five documents was filed on March 14, 2022. Because the record before this Court did not contain a sealing order, we directed the parties to provide written verification whether the trial court signed a sealing order. *See* TEX. R. CIV. P. 76a. On July 5, 2022, counsel for each appellant filed written verifications that the trial court did not sign a sealing order. Accordingly, we **STRIKE** the sealed supplemental clerk's record filed on March 14, 2022.

We **ORDER** Collin County District Clerk Lynne Finley to file, **within seven days** of the date of this order, a supplemental clerk's record *without seal* containing the same five documents filed in the March 14 sealed supplemental clerk's record.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Finley and all parties.

/s/    BONNIE LEE GOLDSTEIN
            JUSTICE